July 02, 2004

Mr. William D. Noel
8200 Wednesbury Lane, Suite 420
Houston, TX 77074-2925
Mr. Thomas E. Sheffield
3027 Marina Bay Drive, Suite 207
League City, TX 77573

RE: Case Number: 02-0217
 Court of Appeals Number: 13-00-00247-CV
 Trial Court Number: 95-18,990

Style: CUSACK RANCH CORPORATION
 v.
 MIDTEXAS PIPELINE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above referenced cause. One majority opinion and one
concurring opinion issued for consolidated cases 02-0213, 02-0214, 02-0215,
02-0216, 02-0217, 02-0320, 02-0321, 02-0326, and 02-0356. (Justice O'Neill
and Justice Schneider not sitting.)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Pat Heinemeyer |
| |Clerk |
| |Ms. Cathy Wilborn |